## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAINE L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03cv70 |
| vs. ) | |
| ) | ORDER SETTING PLANNING |
| DOUGLAS COUNTY, et al., ) | CONFERENCE |
| ) | |
| Defendants. ) | |

This matter, which is on the docket of Chief Judge Joseph F. Bataillon, has been assigned to the undersigned Magistrate Judge for full pretrial supervision. The case was filed on February 21, 2003, without counsel, by a prisoner. The case was therefore exempt at its inception from initial disclosure and planning conference requirements. *See* Fed. R. Civ. P. 26(a)(1)(E)(iii) & 26(f). However, the plaintiff was subsequently released from custody, and Chief Judge Bataillon has recently appointed an attorney to represent the plaintiff. Therefore, a planning conference may assist the parties in their preparation for trial.

**IT IS ORDERED:**

A conference with the undersigned magistrate judge will be held on **Monday, May 16, 2005 at 11:00 a.m.,** in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and scheduling the case to trial. **Because this case has been pending for longer than two years, progression will be expedited, and counsel shall be prepared to discuss the deadlines for a final progression order and a prospective trial date.**

**DATED: May 5, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**