IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**FILED**
US DISTRICT CO.
DISTRICT OF NEBR.
JUN 0 2 2005
OFFICE OF THE C[LERK]

| | | |
|---|---|---|
| JAMAINE WILSON, | ) | Case No. 8:03CV70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DOUGLAS COUNTY DEPARTMENT | ) | |
| OF CORRECTIONS and WEXFORD | ) | |
| HEALTH SOURCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that the plaintiff is granted leave to take the deposition of Brady Struss, a prisoner, and that a Writ of Habeas Corpus Ad Subjiciendum be issued as requested.

Dated this 2 day of June, 2005.

BY THE COURT:

F.A. Gossett
United States Magistrate Judge

Writ Issued on 6/2/05