IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAINE L. WILSON, | ) |
| Plaintiff, | ) 8:03CV0070 ) ) |
| vs. | ) ORDER ) |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et al., | ) ) ) |
| Defendants. | ) |

    This matter is before the court on filing no. 84, the motion for an extension of time, filed by the defendants. The defendants request an extension of time in which to respond to the plaintiff's discovery requests. Upon review of the record, I will grant the motion, and the defendants shall have until August 1, 2005 to respond.

    SO ORDERED.

    DATED this 21st day of July 2005.

                            BY THE COURT:

                            s/F.A. GOSSETT
                            United States Magistrate Judge