# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAINE L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03cv70 |
| vs. ) | |
| ) | SECOND AMENDMENT TO |
| DOUGLAS COUNTY, et al., ) | FINAL PROGRESSION ORDER |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 88, the plaintiff's Motion to Extend Deadline to Disclose Expert Witness. The plaintiff proposes to extend the deadline for disclosure of expert witness(es) from August 1, 2005 set in the court's Amended Final Progression Order (filing no. 73) until September 1, 2005. The defendants have no objection as long as they may extend their deadline until October 1, 2005.

This matter is on the list for a jury trial before Chief Judge Joseph F. Bataillon on or about November 28, 2005, with a pretrial conference before the undersigned Magistrate Judge set for November 14, 2005. October 14, 2005 is the deadline for both the completion of depositions and the filing of summary judgment motions. The extension of time requested by the plaintiff, with the concomitant request by the defendants, will prove unworkable within the other deadlines previously established in this case.

Consequently, the court will grant filing no. 88 in part and deny the motion in part, as follows. The plaintiff's deadline for Disclosure of Expert Witness(es) is extended to August 21, 2005. The defendants' deadline for Disclosure of Expert Witness(es) is extended to September 11, 2005. No other deadlines in filing no. 73 are extended.

**SO ORDERED.**

**DATED August 1, 2005.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**