IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMAINE WILSON,
    Plaintiff,
vs.
DOUGLASS COUNTY DEPARTMENT OF CORRECTONS AND WEXFORD HEALTH SOURCES, INC.
    Defendants

) Case No.:   8:03CV70
)
**ORDER**

Upon consideration of Counsel's motion for payment of expert witness fee, **IT IS ORDERED** that:

1. The Counsel's motion for payment of expert witness fee is granted;

2. The Clerk of Court is ordered to issue a check from the Federal Practice Fund in the amount of $ 1,500.00 to Dr. Alain Taylon, Endocrine and Diabetes Institute, 7710 Mercy Road, Suite 426, Omaha, NE 68124.

**Dated:**   January 19, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge