IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAINE WILSON, | ) | Case No. 8:03CV70 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS and WEXFORD HEALTH SOURCES, INC., | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Subjiciendum be issued as requested.

Dated this 23 day of January, 2006

BY THE COURT:

_____
U.S. District Court Judge

Writ Issued 1/23/06    1 certcopy ual