IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAINE WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTONS AND WEXFORD HEALTH SOURCES, INC.<br><br>Defendants | Case No.: 8:03CV70<br><br>**ORDER** |

Upon consideration of Counsel's motion for payment of expert witness fee,

**IT IS ORDERED** that:

1. The Counsel's motion for payment of expert witness fee is granted;

2. The Clerk of Court is ordered to issue a check in the amount of $ 1,500.00 to Dr. Alain Taylon, Endocrine and Diabetes Institute, 7710 Mercy Road, Suite 426, Omaha, NE 68124.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE