IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAINE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03cv70 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Seeking payment from the Federal Practice Fund, pending before me is plaintiff's counsel's Motion for Reimbursement of Witness Fees (Filing No. 193). Plaintiff's counsel has submitted copies of invoices to the Clerk's Office. The court notes that plaintiff's motion seeks reimbursement of $458.40; however, her invoices total $459.00. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Reimbursement of Witness Fees (Filing No. 193) is granted. Total expenses are ordered reimbursed in the amount of $459.00.

2. A copy of this order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 2nd day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge